# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMIE JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 15-105-SCW |
| | ) |
| WEXFORD HEALTH SOURCES, INC., DR. ALONSO DAVID and DR. HAYNES, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants Wexford Health Sources, Inc. and Dr. Haynes were dismissed with prejudice on September 22, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 57).

Defendant Dr. Alonso David was granted summary judgment on September 22, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 57).

**THEREFORE**, judgment is entered in favor of Defendants **WEXFORD HEALTH SOURCES, INC., DR. ALONSO DAVID and DR. HAYNES** and against Plaintiff **JIMMIE JORDAN**.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.  These deadlines for motions under Rule 59 cannot be extended by the Court.  The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.  This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 22nd day of September, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**